# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| JEROME FORD,<br><br>                Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL SERVICES, INC. D/B/A CREDIT COLLECTION SERVICES,<br><br>                Defendant. | Civil Action No. COCE-21-004828<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Credit Control Services, Inc. d/b/a Credit Collection Service ("CCS"), by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this action brought by Plaintiff, Jerome Ford, originally filed in the County Court in and for Broward County, Florida Civil Division, Index No: COCE-21-004828, to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, and CCS, reserving all defenses other than removal states as following in support:

1. On or about January 28, 2021, Plaintiff filed a Complaint alleging several causes of action in the County Court in and for Broward County, Florida Civil Division, Index No: COCE-21-004828, under the caption *Jerome Ford v. Credit Control Services, Inc. d/b/a Credit Collection Services* ("State Court Action").

2. On or about February 16, 2021, CCS was served with the Complaint. *Attached as Exhibit A is a copy of the Summons and Complaint in the State Court Action.*

3. CCS has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4. Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5. As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law.

6. Because Plaintiff's First Cause of Action is a federal question, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7. Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, CCS respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will

be filed with the County Court in and for Broward County, Florida Civil Division, Index No.: COCE-21-004828.

9. CCS reserves all defenses including but not limited to those specified in FRCP 12(b).

10. CCS files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

11. Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff, Jerome Ford, through Plaintiff's attorney of record, Jibrael S. Hindi, Esquire and Thomas J. Patti, Esq., The Law Offices of Jibrael S. Hindi, 110 SE 6th Street, Suite 1744, Ft. Lauderdale, FL 33301, and via electronic mail at jibrael@jibraellaw.com and tom@jibraellaw.com; Paul A. Herman, Esq., Consumer Advocates Law Group, PLLC, 4801 Linton Blvd., Suite 11A-560, Delray Beach, FL 33445, and via electronic mail at paul@consumeradvocatelaw.com;   Joel A. Brown, Esquire, Friedman & Brown, LLC, 3323 NW 55th Street, Ft. Lauderdale, FL 33309, and via electronic mail at joel.brown@friedmanandbrown.com.

12. The undersigned certifies that the Defendant, CCS, has consented to the removal of this action from the Seventeenth Judicial Circuit Court of Broward County, Florida to the United States District Court, Southern District, Ft. Lauderdale Division.

13. The undersigned counsel is authorized by CCS to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, Credit Control Services, Inc. d/b/a Credit Collection Services, respectfully requests this Court remove this Broward County action to this Court pursuant to the provisions of 28 U.S.C. §1441.

Respectfully submitted this 17th day of March, 2021.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: ***/s/Chantel C. Wonder***
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Tel: (Main) 813-523-9700
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Counsel for Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via electronic mail to:

Jibrael S. Hindi, Esquire
Thomas J. Patti, Esquire
The Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com
tom@jibraellaw.com


Paul A. Herman, Esquire
Consumer Advocates Law Group, PLLC
4801 Linton Blvd., Suite 11A-560
Delray Beach, FL 33445
Telephone:  (561) 236-8851
Email: paul@consumeradvocatelaw.com


Joel A. Brown, Esquire
Friedman & Brown, LLC
3323 NW 55th Street
Ft. Lauderdale, FL 33309
Telephone: (954) 966-0111
Email: joel.brown@friedmanandbrown.com
*Attorneys for Plaintiff*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: __/s/Chantel C. Wonder__
Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Tel: (Main) 813-523-9700
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Counsel for Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services*