JS 44  (Rev. 10/20) FLSD Revised 02/12/2021                                    **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **N**OTICE: Attorneys MUST Indicate All Re-filed **C**ases Below.

**I. (a)   PLAINTIFFS**                                                      **DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff                County of Residence of First Listed Defendant
    *(EXCEPT IN U.S. PLAINTIFF CASES)*                          *(IN U.S. PLAINTIFF CASES ONLY)*
    NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
    THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*        Attorneys *(If Known)*
Jibrael S. Hindi, Esq., The Law Offices of Jibrael S. Hindi,          Chantel C. Wonder, Esq., Gordon Rees Scully Mansukhani
PLLC                                                                  601 S. Harbour Island Blvd., Suite 109, Tampa, FL 33602
110  SE  6th  Street,  Suite  1744,  Ft.  Lauderdale,  FL             (813) 523-9700
33301 (954) 907-1136

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*    **III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff)*
    *(For Diversity Cases Only)*    *and One Box for Defendant)*

|  |  |  |  |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* | | Citizen of This State | | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | | Citizen of Another State | | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | Citizen or Subject of a Foreign Country | | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*     Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | 835 Patent – Abbreviated New Drug Application | ☐ 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product | | | ☐ 840 Trademark 880 Defend Trade Secrets Act of 2016 | ☐ 460 Deportation |
| **SECURITY** | ☐ 350 Motor Vehicle Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations (15 USC 1681 or 1692) |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) 864 SSID Title XVI | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 190 Other Contract | 362 Personal Injury - Med. Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act 751 Family and Medical Leave Act | 865 RSI (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 790 Other Labor Litigation | | ☐ 890 Other Statutory Actions |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | 893 Environmental Matters |
| ☐ 210 Land Condemnation | 441 Voting | ☐ 463 Alien Detainee | | 7609 871 IRS—Third Party 26 USC | 895 Freedom of Information Act |
| 220 Foreclosure | ☐ 442 Employment | 510 Motions to Vacate Sentence | | | 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Other:** | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | **IMMIGRATION** | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty ☐ 540 Mandamus & Other | | 462 Naturalization Application | |
| 290 All Other Real Property | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee – Conditions of Confinement | | 465 Other Immigration Actions | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed (See VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district *(specify)*  ☐ 6 Multidistrict Litigation Transfer  ☐ 7 Appeal to District Judge from Magistrate Judgment  ☐ 8 Multidistrict Litigation – Direct File  ☐ Appellate Court

"County Court, Broward"

**VI. RELATED/ RE-FILED CASE(S)** (See instructions):  a) Re-filed Case  ☐ YES  ☐ NO     b) Related Cases  ☐ YES  ☐ NO
JUDGE: COCE-21-004828                                          DOCKET NUMBER: County-

**VII. CAUSE OF ACTION**  Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
☐
LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)     ☐   ☐

**VIII.  REQUESTED IN COMPLAINT:**  CHECK  IF  THIS  IS  A  **CLASS ACTION** UNDER F.R.C.P. 23     **DEMAND $**     CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☐ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

March 17, 2021                    By: Chantel C. Wonder

FOR OFFICE USE ONLY : RECEIPT #          AMOUNT          IFP          JUDGE          MAG JUDGE